BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION | MDL No. |

DEFENDANTS' MOTION FOR TRANSFER OF RELATED
COVIDIEN HERNIA MESH PRODUCTS LIABILITY ACTIONS
FOR COORDINATION PURSUANT TO 28 U.S.C. § 1407

Defendants Covidien LP, Covidien Holding Inc., Covidien, Inc., Covidien plc, Tyco Healthcare Group, Tyco International, Sofradim Productions SAS, Medtronic, Inc., and Medtronic USA, Inc. (collectively, "Defendants"), by their undersigned counsel, bring this Motion before the United States Judicial Panel on Multidistrict Litigation (the "Panel") for transfer of related Covidien hernia mesh products liability actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Panel Rules of Procedures (the "JPML Rules").  In support of this Motion, Defendants state as follows:

1. The Panel has already established four MDLs for hernia mesh litigation.  It is now necessary and appropriate for the Panel to establish a fifth MDL proceeding for copy-cat cases that allege manufacturing, design, and warning defects in Covidien hernia mesh products.

2. In June 2020, when 12 federal cases were pending, Defendants petitioned the Panel to create an MDL for these suits.  At that time, the Panel recognized that the cases against Defendants "share[d] allegations that defects in [D]efendants' hernia mesh products can lead to complications" and that "[c]entralization thus likely would avoid a certain amount of duplicative discovery, eliminate the possibility of conflicting rulings on the scope of discovery and other pretrial matters, and create some efficiencies for the parties and the judiciary," but declined to order centralization due to the small number of pending matters.  Order Denying Transfer, *In re: Covidien Hernia Mesh Prod. Liab. Litig.*, MDL No. 2953, Doc. 38 at 2.

3.    Today, 73 federal actions are pending—67 of them in the District of Massachusetts, and six in other federal districts around the country.  Plaintiffs' counsel in Massachusetts has promised to file more.  A coordinated action in Massachusetts state court is home to approximately 4,700 cases, and Defendants have filed to dismiss approximately 98% of those cases on *forum non conveniens* grounds.  If granted, those cases will be refiled in other federal courts—or, if filed in state courts, will be removable.  An additional 28 cases—involving 232 plaintiffs overall—are pending in Minnesota state court.  And because tolling has recently terminated, more cases are likely soon to be filed in other courts around the U.S.

4.    Centralization of these actions for pretrial coordination—along with any tag-along actions pursuant to JPML Rule 7.1—is appropriate for the reasons that led the Panel to centralize the litigations involving other hernia mesh product manufacturers: (1) there are common factual questions arising out of allegations that defects in the Covidien hernia mesh products led to complications following hernia repair surgery, and (2) centralization will eliminate duplicative discovery and prevent inconsistent pretrial rulings, while (3) conserving the resources of the parties, their counsel, and the judiciary.

5.    The Related Actions are listed in the Schedule of Related Actions filed with this Motion.  There are 73 pending federal actions in 7 districts, in addition to the state actions described above.  Sixty-seven of those actions are located in the District of Massachusetts.

For the reasons set forth in the accompanying Memorandum of Law, Defendants move for transfer and coordination to the District of Massachusetts of all currently pending products liability actions related to their hernia mesh products.

Dated:  February 18, 2022                           Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Loren H. Brown*
Loren H. Brown
Lucas P. Przymusinski
1251 Avenue of the Americas
45th Floor
New York, NY 10020
Telephone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
lucas.przymusinski@dlapiper.com

Jessica C. Wilson
Katie Insogna
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6009
Fax: (617) 406-6109
jessica.wilson@dlapiper.com
katie.insogna@dlapiper.com

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
Ana Reyes
Daniel P. Shanahan
Michael J. Mestitz
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
areyes@wc.com
dshanaham@wc.com
mmestitz@wc.com

*Counsel for Covidien LP, Covidien Holding Inc., Covidien, Inc., Covidien plc, Tyco Healthcare Group, Tyco International, Sofradim Productions SAS, Medtronic, Inc., and Medtronic USA, Inc.*